UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>    Haminah Qaiyim<br><br>    Debtor(s) | Case No. 13 B 14604 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/08/2013.

2) The plan was confirmed on 09/30/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 09/30/2013.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 12/03/2013, 07/25/2014, 10/06/2015, 01/28/2016.

5) The case was Converted on 03/02/2016.

6) Number of months from filing to last payment: 32.

7) Number of months case was pending: 36.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $17,101.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $17,101.00

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $1,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $674.89 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $2,174.89

Attorney fees paid and disclosed by debtor:    $1,500.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Advocate South Suburban Hosp | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Allied Collection Services | Unsecured | 87.00 | NA | NA | 0.00 | 0.00 |
| Ambulatory Anesthesiologists | Unsecured | 289.00 | NA | NA | 0.00 | 0.00 |
| AmeriCash Loans LLC | Unsecured | 2,982.27 | NA | NA | 0.00 | 0.00 |
| ASSH | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| ASSH | Unsecured | 574.00 | NA | NA | 0.00 | 0.00 |
| AT & T | Unsecured | 480.00 | NA | NA | 0.00 | 0.00 |
| Carrington Mortgage Services, LLC | Secured | 189,000.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 944.00 | 2,916.00 | 2,916.00 | 2,401.61 | 0.00 |
| Consultants in Pathology | Unsecured | 95.00 | NA | NA | 0.00 | 0.00 |
| Department Of Education | Unsecured | 2,608.00 | 4,453.29 | 4,453.29 | 3,667.72 | 0.00 |
| Emergency Care Health | Unsecured | 641.00 | NA | NA | 0.00 | 0.00 |
| HSBC Auto Finance | Unsecured | 9,016.00 | NA | NA | 0.00 | 0.00 |
| Ingalls Memorial Hospital | Unsecured | 236.00 | NA | NA | 0.00 | 0.00 |
| Magna Health Systems | Unsecured | 3,583.00 | NA | NA | 0.00 | 0.00 |
| Mercy | Unsecured | 99.00 | NA | NA | 0.00 | 0.00 |
| MidAmerica Cardiovascular | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| Midland Orthopedic | Unsecured | 68.00 | NA | NA | 0.00 | 0.00 |
| Midwest Diagnostic Pathology | Unsecured | 144.00 | NA | NA | 0.00 | 0.00 |
| Millenium Credit | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 4,837.78 | 1,229.20 | 1,229.20 | 1,012.37 | 0.00 |
| Non-Surgical Facelift | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| Parson Biship Collection | Unsecured | 153.00 | NA | NA | 0.00 | 0.00 |
| Payday Loan Stores | Unsecured | 2,333.00 | NA | NA | 0.00 | 0.00 |
| Penn Credit Corp | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Premier Bankcard | Unsecured | 656.00 | NA | NA | 0.00 | 0.00 |
| Providia | Unsecured | 87.00 | NA | NA | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | NA | 372.74 | 372.74 | 306.98 | 0.00 |
| Rich Township | Unsecured | 1,900.00 | NA | NA | 0.00 | 0.00 |
| St James Hospital | Unsecured | 24,374.00 | NA | NA | 0.00 | 0.00 |
| Suburban Emergency Physicians | Unsecured | 420.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Village of Hazel Crest | Unsecured | 1,604.00 | NA | NA | 0.00 | 0.00 |
| Well Group Health Partners | Unsecured | 89.00 | NA | NA | 0.00 | 0.00 |
| Westlake Financial Services | Secured | 3,800.00 | 7,290.37 | 7,290.37 | 7,290.37 | 247.06 |
| Which Dr Enterprises, Ltd | Unsecured | 578.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $7,290.37 | $7,290.37 | $247.06 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$7,290.37** | **$7,290.37** | **$247.06** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$8,971.23** | **$7,388.68** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,174.89 |
| Disbursements to Creditors | $14,926.11 |
| **TOTAL DISBURSEMENTS :** | **$17,101.00** |

**UST Form 101-13-FR-S (9/1/2009)**

      12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 04/11/2016                  By: /s/ Marilyn O. Marshall
                                                             Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**